# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                Case No: 3:10cv332/MCR/CJK

**CHARLES DENNIS ABBOTT, et al.,**

    **Defendants.**
_____/

## CONSENT FINAL JUDGMENT AGAINST DEFENDANTS CHARLES DENNIS ABBOTT AND JACKIE ABBOTT

This cause is before the Court upon the parties' Consent And Stipulation To Judgment As To Defendants, entered into on April 6, 2011. (Doc. 14). Based on the Consent and Stipulation, it is ORDERED AND ADJUDGED:

1. That a recordable Consent Final Judgment be entered in favor of the United States of America on the United States of America's claims in the above-captioned suit to reduce tax liabilities to judgment in the amount of $269,813.46 as of March 31, 2011, for joint and several income tax liabilities assessed against defendants Charles Dennis Abbott and Jackie Abbott for taxable years 1997, 1998, 1999, 2002, 2003, 2006, 2007, and 2008, plus statutory accruals and interest thereon as provided by 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621, and 6622.

2. That a recordable Consent Final Judgment be entered in favor of the United States of America on the United States of America's claims in the above-captioned matter in the amount of $12,684.95 as of March 31, 2011, for federal employment and unemployment tax liabilities assessed against defendant Charles Dennis Abbott individually for the taxable periods ending March 31,1999, June 30, 1999, and December

31,1999, plus statutory accruals and interest thereon as provided by 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621, and 6622.

    3. That each party bear its own costs and attorney's fees.

**DONE AND ORDERED** this 11th day of April, 2011.


                             *s/ M. Casey Rodgers*
                             **M. CASEY RODGERS**
                             **UNITED STATES DISTRICT JUDGE**